CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:26-MJ-70457-MAG |
|     Plaintiff, | ) |
| | ) [PROPOSED] ORDER GRANTING PETITION |
| v. | ) FOR WRIT OF HABEAS CORPUS AD |
| | ) PROSEQUENDUM |
| DANIEL MORENO-GAMA, | ) |
|     Defendant. | ) |
| | ) |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DANIEL MORENO-GAMA, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be issued as presented.

DATED:   April 29, 2026

                                  HON. ALEX G. TSE
                                  United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 3:26-MJ-70457-MAG