**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:    JAY BIEBER, United States Marshal for the Northern District of California and PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DANIEL MORENO-GAMA, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable THOMAS S. HIXSON, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom E, San Francisco, California 94102 on May 1, 2026 at 11:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED:   __April 29, 2026__                CLERK, UNITED STATES DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA

By: _____
    DEPUTY CLERK
    Stephen Ybarra

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:26-MJ-70457-MAG