# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR26-00228 WHO

UNITED STATES OF AMERICA,

V.

DANIEL MORENO-GAMA

**FILED**

May 12 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

# INDICTMENT

26 U.S.C. § 5861(d) – Possession of Unregistered Firearm

18 U.S.C. § 844(i) – Attempted Damage and Destruction of Property by Means of Explosives

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this __12__ day of

May

Clerk

Bail, $ No Process

Thomas S. Hixson, U.S. Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

**FILED**

May 12 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL MORENO-GAMA,<br><br>    Defendant. | ) CASE NO.   CR26-00228 WHO<br>)<br>) VIOLATIONS:<br>) 18 U.S.C. § 844(i) – Attempted Damage and<br>) Destruction of Property by Means of Fire and<br>) Explosives;<br>) 26 U.S.C. § 5861(d) – Possession Unregistered<br>) Firearm;<br>) 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28<br>) U.S.C. § 2461 – Criminal Forfeiture<br>)<br>) SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges:

<u>Introductory Allegations</u>

At all times relevant to this Indictment:

1.    Defendant Daniel MORENO-GAMA was a resident of Texas.

2.    Company-1 was an artificial intelligence research and deployment company whose headquarters was located in San Francisco, California.

3.    Victim-1 was the Chief Executive Officer of Company-1.

4.    Witness-1 was an employee of Company-1.

5.    Victim-1 owned two neighboring residences, Residence-1 and Residence-2, both located

INDICTMENT

in San Francisco, California.  Residence-1 and Residence-2 are collectively referred to as Location-1.

6.      On April 10, 2026, at approximately 3:37 a.m., MORENO-GAMA threw a Molotov cocktail-style destructive device at Location-1, causing a fire on the driveway gate of Residence-2.

7.      On April 10, 2026, at approximately 5:00 a.m., MORENO-GAMA approached the headquarters of Company-1 with a bottle of kerosene and a lighter.  MORENO-GAMA retrieved a chair from outside Company-1 and used it to strike the glass front door of Company-1.  Witness-1 approached MORENO-GAMA. MORENO-GAMA informed Witness-1 that he came to Company-1 to burn down Company-1.

COUNT ONE:      (26 U.S.C. § 5861(d) – Possession of Unregistered Firearm)

8.      Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set forth here.

9.      On or about April 10, 2026, in the Northern District of California, the defendant,

DANIEL MORENO-GAMA,

knowingly possessed a firearm, to wit: a destructive device as defined in Title 26, United States Code, Section 5845(f), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

COUNT TWO:      (18 U.S.C. § 844(i) – Attempted Damage and Destruction of Property by Means of Fire and Explosives)

10.     Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set forth here.

11.     On or about April 10, 2026, in the Northern District of California, the defendant,

DANIEL MORENO-GAMA,

maliciously attempted to damage and destroy, by means of fire and explosive materials, a Company-1 building located in San Francisco, California used in interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

//

//

//

INDICTMENT                                   2

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461 – Forfeiture)

12.   The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461.

13.   Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

DANIEL MORENO-GAMA,

shall forfeit to the United States of America, pursuant to 26 U.S.C. § 5872, any firearm involved in or used in any violation of Title 26, Chapter 53.

14.   Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant,

DANIEL MORENO-GAMA,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461, any firearms or ammunition involved in commission of the said violations.

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461, and Federal Rule of Criminal Procedure 32.2.

DATED: May 12, 2026                                          A TRUE BILL.


/s/_____
                                                            FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney


*Alexis James*_____
ALEXIS JAMES
Assistant United States Attorney


INDICTMENT                                      3