## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm
18 U.S.C. § 844(i) - Damage and Destruction of Property by Means of Explosives

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See Attached

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

#### DEFENDANT - U.S

▶ Daniel Moreno-Gama

DISTRICT COURT NUMBER

CR26-00228 WHO

**FILED**
May 12 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

26-mj-70457

Name and Office of Person Furnishing Information on this form  Craig H. Missakian

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Alexis James

#### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pe...
1) ☐ If not detained give date a... summons was served on a...

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☒ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Francisco Superior Court

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year  April 10, 2026

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

## UNITED STATES V. DANIEL MORENO-GAMA

**PENALTIES:**

26 U.S.C. § 5861(d) – Possession Unregistered Firearm
- 10 years imprisonment
- $10,000 fine
- 3 years supervised release
- $100 special assessment
- Forfeiture

18 U.S.C. § 844(i) – Damage and Destruction of Property by Means of Explosives (Attempted)
- Mandatory minimum 5 years imprisonment, maximum 20 years imprisonment
- $250,000 fine
- 3 years supervised release
- $100 special assessment
- Restitution
- Forfeiture