# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 28, 2026        **Time:** 3 minutes        **Judge:** WILLIAM H. ORRICK
                             1:36 p.m. to 1:39 p.m.

**Case No.:** 26-cr-00228-WHO-1        **Case Name:** UNITED STATES v. Daniel Moreno-Gama

**Attorney for Plaintiff:** Zachary Abrahamson
**Attorney for Defendant:** Jodi Linker
**Defendant:** [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [ X ] In Custody  [  ] Not in Custody

**Deputy Clerk:** Jean Davis                **Reported by:** Ana Dub
**Interpreter:** n/a                        **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for initial status conference before the District Judge. Discovery production has begun. There is a related state case pending, and Mr. Moreno-Gama is in state custody, not currently earning any federal credit for time served.

**CASE CONTINUED TO:  August 6, 2026 at 1:30 p.m. for further Status Conference**

**EXCLUDABLE DELAY:**
Category        Effective preparation of counsel
Begins          May 28, 2026
Ends            August 6, 2026