CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7196
 Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 26-CR-00228 WHO |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MAY 28, 2026, TO AUGUST 6, 2026, AND [PROPOSED] ORDER |
| v. | |
| DANIEL MORENO-GAMA, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Daniel Moreno-Gama, that time be excluded under the Speedy Trial Act from May 28, 2026, through August 6, 2026.

At the status conference held on May 28, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and soon to be produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until August 6, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 28, 2026, through August 6, 2026, from computation under the Speedy Trial Act

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.


IT IS SO STIPULATED.

DATED: June 2, 2026                                  _____/s/_____
                                                     ALEXIS JAMES
                                                     Assistant United States Attorney


DATED: June 2, 2026                                  _____/s/_____
                                                     JODI LINKER
                                                     Counsel for Defendant Daniel Moreno-Gama