CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL MORENO-GAMA,<br><br>    Defendant. | NO. 26-CR-00228 WHO<br><br>STIPULATION TO EXCLUDE TIME FROM MAY 28, 2026, TO AUGUST 6, 2026, AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Daniel Moreno-Gama, that time be excluded under the Speedy Trial Act from May 28, 2026, through August 6, 2026.

At the status conference held on May 28, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and soon to be produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until August 6, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 28, 2026, through August 6, 2026, from computation under the Speedy Trial Act

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 2, 2026

                /s/
ALEXIS JAMES
Assistant United States Attorney


DATED: June 2, 2026

                /s/
JODI LINKER
Counsel for Defendant Daniel Moreno-Gama

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 26-CR-00228 WHO |
|     Plaintiff, | ) |
| | ) STIPULATION TO EXCLUDE TIME FROM MAY |
|   v. | ) 28, 2026, TO AUGUST 6, 2026, AND ORDER |
| | ) |
| DANIEL MORENO-GAMA, | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on May 28, 2026, and for good cause shown, the Court finds that failing to exclude the time from May 28, 2026, through August 6, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 28, 2026, to August 6, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 28, 2026, through August 6, 2026, shall be

excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: June 3, 2026_

<u>WILLIAM H. ORRICK</u>
United States District Judge