JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant MORENO-GAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MORENO-GAMA,<br><br>Defendant. | **Case No.:** CR 26-228-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The above captioned case is currently scheduled for a status conference before this Court on August 6, 2026, at 1:30 p.m. Mr. Moreno-Gama's preliminary hearing in his related state court matter is now scheduled for August 19. The parties agree that it is appropriate to wait until after that proceeding to appear before this Court. Accordingly, the parties stipulate and agree that the matter should be continued to September 17, 2026, at 1:30 p.m., or as soon thereafter as the Court is available.

The parties further agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until September 17, 2026, will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time through September 17, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

SO STIPULATED.

Dated: July 30, 2026

_____/s_____
ALEXIS JAMES
Assistant U.S. Attorney

Dated: July 30, 2026

_____/s_____
JODI LINKER
Attorney for Defendant

IT IS SO ORDERED.

August 3, 2026
_____
Date

WILLIAM H. ORRICK
United States District Judge

*Moreno-Gama,* Case Nos. 26-228-WHO;       2
Stip & [Proposed] Order to Continue